

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00382-CV

**MICHAEL MALLETT,**

                                                     **Appellant**

 v.

**CITY OF BRYAN TEXAS,**

                                                     **Appellee**

## MEMORANDUM OPINION

Michael Mallett attempts to appeal the rejection of a claim to land currently claimed by the City of Bryan. Mallett's claim was rejected by the City of Bryan. By letter dated November 9, 2015, the Clerk of this Court notified Mallett that it appeared the Court did not have jurisdiction over the proceeding. In response, Mallett filed a motion to dismiss his appeal.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Appeal dismissed
Opinion delivered and filed November 25, 2015
[CV06]

